IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFF ADAMS, JR.,

    Petitioner,

v.                                                                      CASE NO. 4:09cv375-RH/AK

SHERIFF LARRY CAMPBELL,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

By prior order dated October 9, 2009, Petitioner was directed to show cause to the Court why it should not recommend to the district judge that this case be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute this action. Doc. 5. Like the Court's previous communications with Plaintiff, this order was returned to the Court as undeliverable, Doc. 6, and the Court's independent attempts to locate Petitioner have been unsuccessful.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**IN CHAMBERS** at Gainesville, Florida, this *21th* day of October, 2009.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**