# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEFF ADAMS, JR.,

    Petitioner,

v.                                     CASE NO. 4:09cv375-RH/WCS

SHERIFF LARRY CAMPBELL,

    Respondent.

_____/

## ORDER OF DISMISSAL

The petitioner Jeff Adams, Jr., filed this petition for a writ of habeas corpus. The petition asserts that Mr. Adams is being detained on charges pending in a Florida state court. The petition asserts, in effect, that the charges are unfounded, at least in part because they are based on evidence that was illegally seized.

The case is before the court on the magistrate judge's report and recommendation (document 7). The recommendation is for dismissal for failure to prosecute; mail sent to the address Mr. Adams gave in the petition has been returned as undeliverable and he has failed to respond to an order to show cause why the case should not be dismissed. No objections have been filed.

A petitioner of course has the duty to keep the court advised of his address

so that the case can be managed.  The explanation for the return of mail addressed to Mr. Adams, and for his apparent loss of interest in the case, may be that he has been released from custody, thus rendering the case moot.  It bears noting, in any event, that the petition does not allege facts that would take the case outside the rule of *Younger v. Harris*, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971).  In short, the conclusion that this case should be dismissed based on the petitioner's failure to prosecute is correct, and the case probably would be subject to dismissal on additional grounds as well.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is DISMISSED without prejudice."  The clerk must close the file.

    SO ORDERED on December 3, 2009.

                                  s/Robert L. Hinkle  
                                  United States District Judge